**United States District Court**
**for the District of South Carolina**

| | |
|---|---|
| Badgerland Birding LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>Dinmukhamed Adilbay,<br><br>                Defendant. | Case No.:     2:26-cv-02031-DCN |

## Complaint

NOW COMES Plaintiff Badgerland Birding LLC, by and through its undersigned counsel, for its Complaint against Defendant Dinmukhamed Adlibay, states and alleges as follows:

### Parties

1. Plaintiff Badgerland Birding LLC (Badgerland Birding) is organized in Wisconsin and has its principal place of business at 436 North University Drive, Waukesha, WI 53188.

2. Defendant Dinmukhamed Adilbay is the owner and operator of the "Loving Beaks" YouTube Channel, and he directs and controls its operations.

3. Adilbay is a citizen of South Carolina, and his address is 2433 Bent Oak Road, Mount Pleasant, SC 29466.

### Nature of the Case

4. Badgerland Birding sues Adilbay for persistent and willful trademark infringement based on Badgerland Birding's federally registered trademark BADGERLAND BIRDING (US Registration Number 7520625), in addition to Badgerland Birding's related rights protected by federal statutes. Badgerland Birding seeks injunctive relief, monetary damages, restitution, disgorgement, attorney fees, punitive damages, costs of suit, and all other remedies available by law.

1

**Jurisdiction**

5.  The Court has federal-question jurisdiction under 15 U.S.C. § 1125(a)(1)(A); 28 U.S.C. §§ 1331, 1338(a).

6.  The Court also has diversity jurisdiction, 28 U.S.C. § 1332(a) & (c), as:

    a.  Badgerland Birding is organized and has its principal place of business in Wisconsin.

    b.  Adilbay is a citizen of South Carolina.

    c.  The amount in controversy exceeds $75,000.

7.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1), based on the residence and address of Adilbay.

**Background Facts**

8.  Badgerland Birding does business throughout the United States under the trademark BADGERLAND BIRDING in connection with work as content creators. More specifically, Badgerland Birding's field of use includes: Entertainment services, namely, providing video podcasts in the field of nature and bird watching (the "**Field of Use**").

9.  Badgerland Birding's trademark BADGERLAND BIRDING is inherently distinctive, and it has acquired (further) distinctiveness via Badgerland Birding's years of use since Badgerland Birding began in or before 2016.

10. Adilbay is using the trademark BADGERLAND BIRDING on its YouTube Channel.

11. Adilbay's use of BADGERLAND BIRDING is within Badgerland Birding's Field of Use.

12. Adilbay's use of BADGERLAND BIRDING in connection with its business (as shown below, the "Infringing Use") has caused and is likely to further cause customers to be confused as to the origin of the parties' products and services or to be misled into believing

2

one party is associated with, affiliated with, sponsored by, or endorsed by the other – in violation of Badgerland Birding's trademark rights. 15 U.S.C. § 1125(a)(1)(A).

13. Badgerland Birding and Adilbay both distribute media content to the consuming public, i.e. those seeking educational information and content about birds.

14. Badgerland Birding and Adilbay operate in the same channels of commerce, i.e. via YouTube and other internet platforms.

15. Adilbay has engaged in Infringing Use by, copying Badgerland Birding's registered trademark, name and logo, as well as screenshots and video from Badgerland Birding's videos, and using those copies to provide Adilbay's competing services, all without authorization.

16. Adilbay's Infringing Use is occurring on his "Loving Beaks" YouTube Channel, including without limitation as follows:

- https://www.youtube.com/watch?v=U2dMgAOltk8
- https://www.youtube.com/watch?v=2hurRnP79_E
- https://www.youtube.com/watch?v=GoXUjY_YfYI
- https://www.youtube.com/watch?v=m67IkGE10ks

**Claimant's logo as used in video thumbnails**    **Respondent's use of logo in YouTube thumbnail**



**Claimant's placement of logo on thumbanil**    **Respondent's use of logo in YouTube thumbnail**





5 Things You Didn't Know About Vultures!    25 Mind Blowing Facts About Bald Eagles



4







17.    Adilbay is also infringing Badgerland Birding's copyrights in the videos and in its logo, including    without    limitation    https://www.youtube.com/watch?v=DO-QLl-n6IQ. Copyright applications have been submitted, and Badgerland Birding may amend its Complaint to add claims of copyright infringement in due course.

18. Due to Adilbay's Infringing Use of Badgerland Birding's registered trademark, the consuming public is likely to be confused as to the source and affiliation of Adilbay's content with Badgerland Birding. The likelihood of confusion is reinforced by the fact that both parties operate in the same channels of commerce and target the same consuming public.

19. Adilbay's Infringing Use is intentional, willful, wanton, malicious, in disregard of Badgerland Birding's rights, and otherwise sufficient to warrant punitive or other enhanced damages as permitted by law.

20. Adilbay's Infringing Use has caused and is causing ill-gotten gains and profits for Adilbay, monetary damage to Badgerland Birding, and (perhaps most importantly) irreparable damage to the reputation and goodwill associated with Badgerland Birding and its trademarks for which there is no adequate remedy at law. Monetary damages would be insufficient to provide a full and proper remedy.

21. Adilbay's Infringing Use will continue, along with the previously described irreparable damage, unless and until the Court orders an injunction.

### Count 1: Infringement of a Federally Registered Trademark

22. Badgerland Birding realleges Paragraphs 1-21 as if fully restated here.

23. Badgerland Birding owns (and at all times has owned) the registration for the trademark BADGERLAND BIRDING in the Field of Use, under Registration Number 7,520,625.

24. Badgerland Birding's Trademark Registration is currently active and valid.

25. Badgerland Birding's Trademark Registration was granted October 1, 2024.

26. Adilbay's Infringing Use infringes Badgerland Birding's rights to its federally registered trademark, as protected by 15 U.S.C. § 1114.

27. Badgerland Birding is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

28. Badgerland Birding is entitled to monetary damages pursuant to 15 U.S.C. § 1117(a), including for an award of three times the amount awarded under subparts (1)-(3).

### Count 2: Unfair Competition – 15 U.S.C. § 1125(a)

29. Badgerland Birding realleges Paragraphs 1-21 as if fully restated here.

30. Adilbay's Infringing Use infringes Badgerland Birding's rights under 15 U.S.C. § 1125.

31. Badgerland Birding is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

32. Badgerland Birding is entitled to monetary damages pursuant to 15 U.S.C. § 1117(a), including for an award of three times the amount awarded under subparts (1)-(3).

WHEREFORE, based on one or more of the foregoing Counts in this Complaint, the Court should enter an order awarding Badgerland Birding the following relief:

a) An injunction ordering Adilbay to cease and desist use of BADGERLAND BIRDING in connection with the Field of Use (defined above), and to cease and desist use of any other confusingly similar trademark or otherwise engage in any other conduct that is likely to cause confusion, cause mistake, deceive, or otherwise mislead any customer into believing that Adilbay or his services are connected with Badgerland Birding, or vice versa. *E.g.* 15 U.S.C. §§ 1116(a).

b) An award of Adilbay's profits and further damages that Badgerland Birding's sustained as a result of Adilbay's Infringing Use, pursuant to 15 U.S.C. § 1117(a)(1)-(2) and/or NJSA 56:4-2.

c) An award of punitive and/or exemplary damages.

d) An award of costs and attorney fees, e.g. pursuant to 15 U.S.C. § 1117(a)(3) or as otherwise permitted by law.

e) Such other and further relief as the Court may find appropriate.


Respectfully submitted,

KIM, LAHEY & KILLOUGH LAW FIRM

s/Hunter S. Freeman
Hunter S. Freeman (Fed ID #9313)
3620 Pelham Road, PMB 213
Greenville, SC 29615
Telephone: 864-973-6688
Date: May 20, 2026     Email: hfreeman@kimandlahey.com
*Attorney for Plaintiffs*

8